## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vickie Lynn Finley, individually and as
Trustee for the Next of Kin of LaToya
Finley,

      Plaintiff,     Civil No. 08-163 (RHK/AJB)

vs.     **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Johnson & Johnson, Johnson &
Johnson Pharmaceutical Research &
Development, L.L.C., f/k/a R.W.
Johnson Pharmaceutical Research
Institute, Ortho-McNeil Pharmaceutical,
Inc.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 18, 2008

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge

Dockets.Justia.com