## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vickie Lynn Finley, individually and as
Trustee for the Next of Kin of LaToya
Finley,

       Plaintiff,                      Civil No. 08-163 (RHK/AJB)

vs.                               **DISQUALIFICATION AND
                                       ORDER FOR REASSIGNMENT**

Johnson & Johnson, Johnson &
Johnson Pharmaceutical Research &
Development, L.L.C., f/k/a R.W.
Johnson Pharmaceutical Research
Institute, Ortho-McNeil Pharmaceutical,
Inc.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 18, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge